UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

WAYNE MILLINGTON, KHARY BROWN, SUPREME CLARKE,

                                             Plaintiffs,

                -against-

CITY OF NEW YORK, POLICE OFFICER ARON BAKSH #7424, POLICE OFFICER CHRISTOPHER PALMER #28220, POLICE OFFICER CHARLES MILLER #21190, SERGEANT JAMES GRILLO #2504, SERGEANT JOHN PORTALATIN #1095,

                                             Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 4890 (JG) (VVP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       May 29, 2014

| STOLL, GLICKMAN & BELLINA, LLP | ZACHARY W. CARTER |
|---|---|
| *Attorneys for Plaintiffs* | Corporation Counsel of the City of New York |
| | *Attorney for Defendant City* |

By: _____  
Nicole Bellina, Esq.  
*Attorney for Plaintiffs*  
475 Atlantic Avenue, Floor 3  
Brooklyn, New York 11217  
718.852.4491  
nbellina@stollglickman.com

By: _____  
Daniel H. Oliner  
*Assistant Corporation Counsel*  
Special Federal Litigation Division  
New York City Law Department  
100 Church Street, Rm. 3-160  
New York, New York 10007  
212.356.2329  
doliner@law.nyc.gov

SO ORDERED:

Dated: New York, New York
       _____, 2014

_____  
HON. JOHN GLEESON  
UNITED STATES DISTRICT JUDGE